JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JOE'S SUN RISE CONSTRUCTION, INC., a California corporation also known and doing business as SUN RISE CONSTRUCTION, INC.; and WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>                    Defendants. | CASE NO. 2:10-cv-08660-JHN-DTBx<br><br>DEFAULT JUDGMENT BY COURT AND ORDER FOR PERMANENT INJUNCTIVE RELIEF<br><br>JUDGE:      Hon. Jacqueline H. Nguyen<br>PLACE:      Courtroom 790<br>            Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA |

The Defendant, JOE'S SUN RISE CONSTRUCTION, INC., a California corporation also known and doing business as SUN RISE CONSTRUCTION, INC., ("EMPLOYER")  was regularly served with process and after its answer was stricken by the Court [docket no. 47] default was entered against EMPLOYER [docket no. 48].

EMPLOYER is a corporation, not an infant or incompetent person, and the

1

1  Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to the

2  EMPLOYER.

3      The issues of the amount of damages and whether or not there is sufficient

4  evidence to support the issuance of a  Permanent Injunction were submitted to the

5  Court by motion supported by Declarations.

6      Based upon Plaintiff's Motion for Default Judgment and for Permanent

7  Injunctive Relief, the Declarations submitted and all other records and documents on

8  file;

9      IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

10     1.    Judgment is entered in favor of Plaintiff, CONSTRUCTION

11  LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA

12  ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a

13  fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR

14  SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST

15  FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION

16  TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-

17  TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR

18  CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT

19  COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST

20  FUND FOR SOUTHERN CALIFORNIA (hereinafter collectively "TRUST

21  FUNDS"), and against Defendants, JOE'S SUN RISE CONSTRUCTION, INC., a

22  California corporation also known and doing business as SUN RISE

23  CONSTRUCTION, INC as follows:

24     Judgment  for the principal sum of $355,801.62; interest in the sum of

25  $21,132.88; attorneys fees in the sum of $10,716.03; and costs of suit in the sum of

26  $426.23 for a total Judgment sum of $388,076.76 covering the period from January

27  2006 to March 31, 2011.

28  / / /

1   IT IS FURTHER ORDERED  that a Permanent Injunction is issued against,

2 EMPLOYER, its managing officers and employees, successors, agents, assigns and

3 all others acting in active concert or participation with EMPLOYER, and

4 EMPLOYER is required to:

5   Deliver the following, or cause to be delivered, to the TRUST FUNDS' offices

6 no later than 4:30 p.m., on the 20th day of each month for the duration of the

7 EMPLOYER'S obligation under its written collective bargaining agreements

8 ("AGREEMENTS")  relating to EMPLOYER'S work covered under the terms of the

9 AGREEMENTS:

10   (1)   A complete, truthful and accurate "Employers Monthly Report to

11   Trustees" covering all employees which EMPLOYER employed who

12   were covered by the AGREEMENTS ;

13   (2)   An affidavit or declaration from EMPLOYER through its

14   authorized representative, managing officer or employee, attesting from

15   their own personal knowledge under pain of perjury to the

16   completeness, truthfulness and accuracy of the Employers Monthly

17   Report to the Trustees; and

18   (3)   A cashier's check made payable to the Construction Laborers

19   Trust Funds for Southern California, for the full amount of the fringe

20   benefit contributions due on Employers Monthly Reports for each

21   account for which a report is to be submitted.

22   **THE FAILURE OF EMPLOYER TO COMPLY WITH THIS ORDER**

23 **MAY BE GROUNDS FOR CONTEMPT OF COURT.**

24

25 Dated:  February 1, 2012

26   JACQUELINE H. NGUYEN, JUDGE OF
   THE UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA

27

28