**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOE'S SUN RISE CONSTRUCTION, INC., a California corporation also known and doing business as SUN RISE CONSTRUCTION, INC.; and WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | CASE NO. 2:10-cv-08660-JHN-DTBx<br><br>DEFAULT JUDGMENT BY COURT AND ORDER FOR PERMANENT INJUNCTIVE RELIEF<br><br>JUDGE:  Hon. Jacqueline H. Nguyen<br>PLACE:  Courtroom 790<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA |

The Defendant, JOE'S SUN RISE CONSTRUCTION, INC., a California corporation also known and doing business as SUN RISE CONSTRUCTION, INC., ("EMPLOYER") was regularly served with process and after its answer was stricken by the Court [docket no. 47] default was entered against EMPLOYER [docket no. 48].

EMPLOYER is a corporation, not an infant or incompetent person, and the

Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to the EMPLOYER.

The issues of the amount of damages and whether or not there is sufficient evidence to support the issuance of a Permanent Injunction were submitted to the Court by motion supported by Declarations.

Based upon Plaintiff's Motion for Default Judgment and for Permanent Injunctive Relief, the Declarations submitted and all other records and documents on file;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter collectively "TRUST FUNDS"), and against Defendants, JOE'S SUN RISE CONSTRUCTION, INC., a California corporation also known and doing business as SUN RISE CONSTRUCTION, INC as follows:

Judgment for the principal sum of $355,801.62; interest in the sum of $21,132.88; attorneys fees in the sum of $10,716.03; and costs of suit in the sum of $426.23 for a total Judgment sum of $388,076.76 covering the period from January 2006 to March 31, 2011.

///

IT IS FURTHER ORDERED that a Permanent Injunction is issued against, EMPLOYER, its managing officers and employees, successors, agents, assigns and all others acting in active concert or participation with EMPLOYER, and EMPLOYER is required to:

Deliver the following, or cause to be delivered, to the TRUST FUNDS' offices no later than 4:30 p.m., on the 20th day of each month for the duration of the EMPLOYER'S obligation under its written collective bargaining agreements ("AGREEMENTS") relating to EMPLOYER'S work covered under the terms of the AGREEMENTS:

    (1) A complete, truthful and accurate "Employers Monthly Report to Trustees" covering all employees which EMPLOYER employed who were covered by the AGREEMENTS ;

    (2) An affidavit or declaration from EMPLOYER through its authorized representative, managing officer or employee, attesting from their own personal knowledge under pain of perjury to the completeness, truthfulness and accuracy of the Employers Monthly Report to the Trustees; and

    (3) A cashier's check made payable to the Construction Laborers Trust Funds for Southern California, for the full amount of the fringe benefit contributions due on Employers Monthly Reports for each account for which a report is to be submitted.

**THE FAILURE OF EMPLOYER TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR CONTEMPT OF COURT.**

Dated: February 1, 2012

JACQUELINE H. NGUYEN, JUDGE OF THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA